AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Florida

| | | |
|---|---|---|
| VALERIA BURLANDO | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 1:26-cv-21751-KMM |
| v. | ) | |
| GLOBAL QUANTUM ADVISORS LLC, QUANTUM ADVISORS CHOICE LLC, AND SANDRA M. SARRIA | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GLOBAL QUANTUM ADVISORS LLC
C/O REGISTERED AGENT
SANDRA SARRIA CPA PA
10100 SW 34 STREET
MIAMI, FLORIDA 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anisley Tarragona, Esq.
BT Law Group, PLLC
3050 Biscayne Boulevard, Suite 205
Miami, Florida 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        03/17/2026

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| VALERIA BURLANDO | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-21751-KMM |
| GLOBAL QUANTUM ADVISORS LLC, QUANTUM ADVISORS CHOICE LLC, AND SANDRA M. SARRIA | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  QUANTUM ADVISORS CHOICE LLC
C/O REGISTERED AGENT
SANDRA M SARRIA
10100 SW 34 STREET
MIAMI, FLORIDA 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anisley Tarragona, Esq.
BT Law Group, PLLC
3050 Biscayne Boulevard, Suite 205
Miami, Florida 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____03/17/2026_____

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin* _____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| VALERIA BURLANDO | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  1:26-cv-21751-KMM |
| v. | | |
| GLOBAL QUANTUM ADVISORS LLC, QUANTUM ADVISORS CHOICE LLC, AND SANDRA M. SARRIA | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SANDRA M SARRIA
10100 SW 34 STREET
MIAMI, FLORIDA 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anisley Tarragona, Esq.
BT Law Group, PLLC
3050 Biscayne Boulevard, Suite 205
Miami, Florida 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:       03/17/2026

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court